1 | COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

2 | Name: __WHITALL_____ __RAYMOND_____ __R_____

3 | _____(Last)_____(First)_____(Middle Initial)_

4 | Prisoner Number: ____G43090_____        FILED

5 | Institutional Address: __P.O. Box 1050, Soledad CA 93960__    FEB 28 2018

6 | (PR)

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | Raymond Richard Whitall, G43090

_(Enter your full name.)_         18    1376

11 |

vs.                                Case No. _____

12 | S.D. GUTIERREZ, J. Caballero, J.        _(Provided by the clerk upon filing)_

13 | Ramirez, J. Aboytes, F. Vasquez,        COMPLAINT UNDER THE
CIVIL RIGHTS ACT,

14 |                                         42 U.S.C. § 1983    FILED

M. Gudino, O. Valles  (continued)

15 | _(Enter the full name(s) of the defendant(s) in this action.)_

16 |                                         MAR 02 2018

17 | **I. Exhaustion of Administrative Remedies.**    SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

18 | _Note: You must exhaust available administrative remedies before your claim can go_
_forward. The court will dismiss any unexhausted claims._

19 |

20 | A.   Place of present confinement __Salinas Valley State Prison__

21 | B.   Is there a grievance procedure in this institution?   YES ☒   NO ☐

22 | C.   If so, did you present the facts in your complaint for review through the grievance

23 |      procedure?   YES ☒   NO ☐

24 | D.   If your answer is YES, list the appeal number and the date and result of the appeal at each

25 |      level of review. If you did not pursue any available level of appeal, explain why.

26 |      1. Informal appeal: __NONE AVAILABLE_____

27 |      _____

28 |      _____

PRISONER COMPLAINT (rev. 8/2015)
_Page 1 of 3_

2. First formal level: ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~

~~XXXXXX~~  BYPASSED

3. Second formal level: SVSP-L-17-02885, May 23, 2017, Partially Granted

4. Third formal level: SVSP-L-17-02885, 9-28-17, Denied

E.  Is the last level to which you appealed the highest level of appeal available to you?

     YES ☒     NO ☐

F.  If you did not present your claim for review through the grievance procedure, explain why.

N/A

## II.  Parties.

A.  Write your name and present address.  Do the same for additional plaintiffs, if any.

Raymond Richard Whitall, 31625 Hwy. 101 South, P.O. Box 1050
Soledad CA 93960

B.  For each defendant, provide full name, official position and place of employment.

S.D. Gutierrez, Badge #65140, Correctional Sergeant, California Department
of Corrections and Rehabilitation (CDCR), Salinas Valley State Prison
(SVSP); J. Caballero, Badge #83634, Correctional Officer, CDCR, SVSP;
J. Ramirez, Badge #64456, Correctional Officer, CDCR, SVSP: J. Aboytes,
Badge #77681, Correctional Officer, CDCR, SVSP; F. Vasquez, Badge #82087,
Correctional Officer, CDCR, SVSP; M. Gudino, Correctional Officer, CDCR,
SVSP; O. Valles, Correctional Officer, CDCR, SVSP; (continued)

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1. On February 28, 2017, Plaintiff was beaten by between one and five uniformed guards at Salinas Valley State Prison. These guards are tentatively identified as DEFENDANTS GUTIERREZ, CABALLERO, RAMIREZ, ABOYTES, and A. VELASQUEZ. This beating was done without provocation, constituted unnecessary force, and violated PLAINTIFF'S right to be free from cruel and unusual punishment under the U.S. Constitution's Eighth Amendment, and in violation of PLAINTIFF'S right against the use of unnecessary force un the California Code of Regulations, Title 15, Division 3 (CCR) §3268(b). DEFENDANTS maliciously and sadistically beat PLAINTIFF under the Color of Authority and with deliberate indifference to PLAINTIFF'S safety and well being.

2. On February 28, 2017, DEFENDANT POODY was informed of and failed (cont'd)

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make any legal arguments and do not cite any cases or statutes.

PLAINTIFF requests that this Court award to PLAINTIFF damages against DEFENDANTS, jointly and severally, in the amout of $2,400.000.00.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: _2/13/18_
_Date_

_Signature of Plaintiff_

1  (caption of DEFENDANTS continued from p. 1)

2  Correctional Officer, CDCR, SVSP; A. Velasques, Correctional Officer,

3  CDCR, SVSP: Roger L. Martinez, Correctional Lieutenant, CDCR, SVSP;

4  R. Quintero, Correctional Counselor II/Correctional Captain, CDCR,

5  SVSP; E. Perez, Correctional Sergeant, CDCR, SVSP; H. Ayala, Correctional

6  Officer, CDCR, SVSP;  R. Poody, Correctional Lieutenant; Joseph Celaya,

7  Correctional Lieutenant; William Muniz, Warden; DOES 1 thru 100

8

9  II. Parties (cont'd from p. 2)  (DEFENDANTS):

10  A. Velasquez, Correctional Offiicer, CDCR, SVSP; Roger L. Martinez,

11  Correctional Lieutenant, CDCR, SVSP; R. Quintero, Correctional

12  Counselor II/Correctional Captain, CDCR, SVSP; E. Perez, Correctional

13  Sergeant, CDCR, SVSP; H. Ayala, Badge #69024, Correctional Officer,

14  CDCR, SVSP; R. Poody, Correctional Lieutenant, CDCR, SVSP; Joseph Celaya,

15  Correctional Lieutenant, CDCR, SVSP;  William Muniz, Warden, CDCR, SVSP;

16  DOES 1 thru 100, various CDCR, SVSP staff.

17

18  III. Statement of Claim (cont'd from p. 3)

19  to act on PLAINTIFF'S claim of staff use of unnecessary force, in viola-

20  tion of the U.S. Constitution's First Amendment, Fourteenth Amendment,

21  CCR §§3268 et seq., and he did so with deliberate indifference under the

22  Color of Authority;

23      3. On February 28, 2017, DEFENDANTS GUTIERREZ, ABOYTES, CABALLERO,

24  RAMIREZ, VALLES, and VASQUEZ, with deliberate indifference, maliciously

25  and sadistically failed to keep PLAINTIFF free from violence, in violation

26  of the California Civil Code (CC) §51.7, and under the Eighth Amendment

COMPLAINT                                    4

1 of the United States Constitution. DEFENDANT did so under the Color of
2 Authority;

3     4. On February 28, 2017, DEFENDANTS VASQUEZ, GUTIERREZ, and VALLES,
4 violated PLAINTIFF'S U.S. Constitution First Amendment right by taking
5 punitive action against PLAINTIFF for PLAINTIFF'S expression of protected
6 and non-threatening speech. DEFENDANTS subjected PLAINTIFF to cruel and
7 unusual punishment in the form of a beating at the hands of staff, inclu-
8 ding two of them, in violation of the U.S. Constitution's Eighth Amend-
9 ment, and they did so maliciously and sadistically, with deliberate indif-
10 ference, and under the Color of Authority;

11     5. On February 28, 2017, and at all times subsequent to the incident
12 of February 28, 2017, DEFENDANTS MUNIZ, MARTINEZ, POODY, DELAYA, HUGHES
13 failed to perform their supervisory duties under CCR §3380(a), §3268 et
14 seq., and in violation of PLAINTIFF's Eighth Amendment rights. They did
15 so with deliberated indifference and under the Color of Authority;

16     6. On February 28, 2017, DEFENDANTS GUTIERREZ, RAMIREZ, ABOYTES,
17 CABALLERO, VASQUEZ, GUDINO, AYALA and VALLES falsified and/or failed to
18 submit accurate crime/incident reports in violation of California Penal
19 Code (PC) 118.1, CCR §3268.1(a)(1), and did so with deliberate indifference
20 and in violation of PLAINTIFF's right against cruel and unusual punish-
21 ment and under the Color of Authority;

22     7. On February 28, 2017, DEFENDANT VELASQUES, with deliberate indif-
23 ference, and maliciously and sadistically, failed to intervene in the
24 beating of PLAINTIFF, thus allowing PLAINTIFF to be subjected to cruel
25 and unusual punishment and did so under the Color of Authority and in
26 violation of the U.S. Constitution's Eighth Amendment, CCR 3271,

COMPLAINT      5

1  CC §51.7, and PC 368.

2      8. On about August 24, 2017, DEFENDANT QUINTERO, with deliberate
3  indifference, created a false report, employed a written report in an
4  effort to intimidate PLAINTIFF in violation of PC 136, and in further-
5  ance of a conspiracy in violation of 42 U.S.C. §1985.  DEFENDANT
6  QUINTERO, in so doing, violated PLAINTIFF's First Amendment rights to
7  free speech under the U.S. Constitution, PLAINTIFF'S right to due process
8  in violation of the U.S. Constitution's Fifth Amendment, furthered the
9  continued infliction of cruel and unusual punishment in violation of the
10  U.S. Constitution's Eighth Amendment, and violated PLAINTIFF'S U.S.
11  Constitution Fourteenth Amendment rights to due process and equal pro-
12  tection of the laws.  He did so under the Color of Authority.

13

14      PLAINTIFF brings this action against DEFENDANTS in their individual
15  capacities and, for DEFENDANT MUNIZ in his official capacity as well.

16

17      I, Raymond Whitall, declare under penalty of perjury that the fore-
18  going is true and correct, except as to those matters stated on informa-
19  tion and belief, and as to those matters I believe them to be true and
20  correct.

21      Executed on February 13, 2018 at Soledad California

22

23  Raymond Whitall

24

25

26

COMPLAINT                                   6