1  ROB BONTA
   Attorney General of California
2  JAY M. GOLDMAN
   Supervising Deputy Attorney General
3  JULIET LOMPA
   Deputy Attorney General
4  NECULAI GRECEA
   Deputy Attorney General
5  MICHAEL J. QUINN
   Deputy Attorney General
6  State Bar No. 209542
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3611
8    Fax:  (415) 703-5843
     E-mail:  Michael.Quinn@doj.ca.gov
9  *Attorneys for Defendants Gutierrez, Gudino,
   Aboytes, Vasquez, Ramirez, and Caballero*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RAYMOND RICHARD WHITALL,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**GUTIERREZ, et al.,**<br><br>　　　　　　　　　　　Defendants. | 3:18-cv-01376-CRB-TSH<br><br>**DEFENDANTS' NOTICE OF FILING EXHIBITS 29 AND 32 IN THE PUBLIC RECORD** |

1   In accordance with the "ORDER AND REPORT AND RECOMMENDATION RE:
2   MOTION FOR SANCTIONS" (ECF NO. 180), Defendants are filing Exhibits 29 and 32 in the
3   public record.

4   Dated: July 5, 2023                                  Respectfully submitted,

                                                         ROB BONTA
                                                         Attorney General of California
                                                         JAY M. GOLDMAN
                                                         Supervising Deputy Attorney General
                                                         JULIET LOMPA
                                                         Deputy Attorney General
                                                         NECULAI GRECEA
                                                         Deputy Attorney General


                                                         */s/ Michael J. Quinn*
                                                         MICHAEL J. QUINN
                                                         Deputy Attorney General
                                                         *Attorneys for Defendants*
                                                         *Gutierrez, Gudino, Aboytes, Vasquez,*
                                                         *Ramirez, and Caballero*

SF2018401287
43782192.docx

# EXHIBIT 29

# EXHIBIT 29
# [REDACTED]

# User Enrollments

**Mandatory Filters:** User equals 'Sergio D Gutierrez - ███ - SERGIO.GUTIERREZ'
**Filters:** Status equals 'Complete', Date Completed is between 09/28/2019 12:00:00 AM and 09/28/2022 12:00:00 AM
**Report Generated:** 9/28/2022 2:33:08 PM (UTC-08:00) Pacific Time (US & Canada)
**Number Of Items:** 191

| Name | External Id | Status | Date Completed |
|---|---|---|---|
| 2019 Annual Mandatory IST - Custody - Correctional Officer, Sergeant, Lieutenant | Annual2019 | Complete | 01/04/2022 12:14:08 PM |
| 2020 Annual Mandatory IST - Custody - Correctional Officer, Sergeant, Lieutenant | Annual2020 | Complete | 01/29/2020 1 00:00 PM |
| 2020 Custody Institution IST - Correctional Lieutenant, Correctional Sergeant, Correctional Officer - New | Annual2020 | Complete | 07/22/2020 8:15:26 AM |
| 2021 Annual Mandatory IST - Institutions - Correctional Officers, Correctional Sergeants, Correctional Lieutenants - LEF | Annual2021 | Complete | 10/12/2021 11 00:00 AM |
| 2021 Annual Mandatory OJT - Custody | Annual2021 | Complete | 12/31/2021 8 54:38 AM |
| AB 392 Use of Force Policy update to Penal Code 835a - IST - 11060619 | 11060619 | Complete | 11/23/2019 1 00:00 PM |
| ADA Caption Phones Purchase and Implementation - Online - OJT - 11063285 | 11063285 | Complete | 06/02/2022 9:28:53 AM |
| Addendum To Public Safety And Rehabilitation Act Of 2016 (Revised) - Online - OJT - 11063139 | 11063139 | Complete | 06/15/2022 9:48:28 AM |
| Addition of Aggravated Battery by Means of Gassing and Battery by Means of Gassing to Title 15 (Memo) - Online - OJT - 11063042 | 11063042 | Complete | 12/28/2021 6:30:28 AM |
| Alarm Response - Quarterly 2021 - 2nd Quarter - 11054108 | 11054108 | Complete | 06/14/2021 1 00:00 PM |
| Alarm Response - Quarterly 2021 - 4th Quarter - 11054108 | 11054108 | Complete | 10/29/2021 11 00:00 AM |
| Alarm Response 2020 - ILC - IST - 11053042 | 11053042 | Complete | 01/16/2020 4 00:00 PM |
| Amended Restricted Operations Manual, Unlock Procedures (Memo & Revised 3022-A) - Online - OJT - 11063298 | 11063298 | Complete | 09/02/2022 1 00:11 PM |
| Annual Developmental Disability Placement (DDP) Program - CAMU | | Complete | 02/02/2021 11 08:23 AM |
| Annual Effective Communication - CAMU | | Complete | 08/31/2021 10:28:29 AM |
| Appropriate Info to be entered into the Offender Grievance tracking system (Aug 04 2020) Memo - ILC - COR - 11053757 | 11053757 | Complete | 08/19/2020 9 00:00 AM |
| Assuming an Armed Post 2020 - Online - OJT - 11057979 | 11057979 | Complete | 11/01/2020 10:46:19 AM |
| Assuming an Armed Post 2021 - Online - OJT - 11057979 | 11057979 | Complete | 05/09/2021 9 04:02 AM |
| ASU Automated Intake Cell in SOMS Memo - Online - OJT - 11063195 | 11063195 | Complete | 04/28/2022 9:18:47 AM |
| Authorized Facial Coverings for All Employees, Contractors and Visitors Entering CDCR Institutions and DJJ Youth Facilities - Procedure Mask Distribution and Use - Online - OJT - 11062444 | 11062444 | Complete | 12/01/2020 6:37:20 AM |
| Basic Security for Institution Staff 2020 - Online - OJT - 11059227 | 11059227 | Complete | 11/01/2020 10:47:31 AM |
| Basic Security for Institution Staff 2021 - Online - OJT - 11059227 | 11059227 | Complete | 05/09/2021 9 07:34 AM |
| Body-Worn Camera and Audio/Video Surveillance Training - ILC - OJT - 11062507 | 11062507 | Complete | 06/22/2021 1 00:00 PM |
| Body-Worn Camera and Audio/Video Surveillance Training - Online - OJT - 11062507 | 11062507 | Complete | 08/19/2021 7:43:15 AM |
| Braille and Talking Book Library Memorandum - Online - OJT - 11062744 | 11062744 | Complete | 05/09/2022 6 51:33 AM |
| CAL Minimum Support Facility Perimeter Drag Lines Memo Online - 11053757 | 11053757 | Complete | 06/02/2022 9 07:24 AM |
| California Public Records Act 2020 - Online - OJT - 11053502 | 11053502 | Complete | 11/01/2020 10:48:32 AM |
| California Public Records Act 2021 - Online - OJT - 11053502 | 11053502 | Complete | 12/28/2021 1 02:41 PM |
| Carrying Off-Duty Firearms: Policy Updates - Online - OJT - 11063300 | 11063300 | Complete | 06/23/2022 1 05:56 PM |
| CDCR CCHCS Appropriate Use of State Vehicles - Online - OJT – 11062706 | 11062706 | Complete | 06/22/2021 6:39:41 AM |
| CDCR CCHCS Monthly Travel Logs - Completion, Review and Retention Memorandum - Online - OJT - 11062707 | 11062707 | Complete | 08/09/2021 2:42:48 PM |
| CDCR-CCHCS Fleet Telematics Policy - Online - OJT - 11062896 | 11062896 | Complete | 02/10/2022 9:25:30 AM |
| Central Repository for Allegations of Staff Misconduct - Online - OJT - 11062826 | 11062826 | Complete | 12/28/2021 6 55:25 AM |
| Changes to the Identified LEP Coordinator Memo - Online - OJT - 11063317 | 11063317 | Complete | 06/15/2022 9:45:38 AM |
| Chemical Agents 2020 - ILC - IST - 11053078 | 11053078 | Complete | 01/15/2020 2 00:00 PM |
| Chemical Agents 2021 - ILC - IST - 11053078 | 11053078 | Complete | 12/09/2021 1 00:00 PM |
| Clarification and Reiteration of EMS Activation - Online - OJT - 11062687 | 11062687 | Complete | 05/04/2021 10:13:30 AM |
| Clarification Referral UOF & Specified PREA - AIMS - Online - OJT - 11063233 | 11063233 | Complete | 05/09/2022 6 59:19 AM |
| Communicable Disease Prevention 2021 Online - OJT - 11053582 | 11053582 | Complete | 12/28/2021 1:47:06 PM |
| Confidential Info/CDCR1030 Disclosure Online - OJT - 11055302 | 11055302 | Complete | 03/15/2022 8:48:04 AM |
| Confidential Memorandum & Confidential Information Disclosure Form Training MEMO - Online - OJT - 11063228 | 11063228 | Complete | 03/09/2022 3 03:43 PM |
| Controlled Use of Force (Cell Extraction) for Custody 2020 - ILC - IST - 11053074 | 11053074 | Complete | 01/15/2020 4 00:00 PM |
| Controlled Use of Force (Cell Extraction) for Custody 2021 - ILC - IST - 11053074 | 11053074 | Complete | 12/09/2021 2 00:00 PM |
| Correctional Sergeant Mentorship Program Certification, Module I: Roles of the Mentor and Coach - ILC - IST - 11061153 | 11061153 | Complete | 10/13/2020 10 00:00 AM |
| Correctional Sergeant Mentorship Program Certification, Module II: Generational Differences - ILC - IST - 11061175 | 11061175 | Complete | 10/13/2020 2 00:00 PM |
| COVID 19 Screening of Critical Inmate Workers Memo Online - OJT - 11061203 | 11061203 | Complete | 09/04/2020 7:17:00 AM |
| COVID-19 Institution Entrance Screening Procedures - Online - OJT - 11062470 - Inactive | 11062470 | Complete | 03/03/2021 6:44:04 AM |
| COVID-19 Institution Entrance Screening Procedures (05/06/21) - Online - OJT - 11062470 - Inactive | 11062470 | Complete | 05/12/2021 12 07:19 PM |
| COVID-19 Institution Self-Screening Entrance Process - Online - OJT - 11062934 | 11062934 | Complete | 01/19/2022 10:26:03 AM |
| COVID-19 Vaccination Card: How to determine when an individual is fully vaccinated - Online - IST - 11062751 | 11062751 | Complete | 05/26/2021 9:49:43 AM |
| CPR/First Aid Recertification 2020 - ILC - IST - 11053109 | 11053109 | Complete | 01/17/2020 10 00:00 AM |
| CPR/First Aid Recertification 2021 - ILC - IST - 11053109 | 11053109 | Complete | 12/08/2021 2 00:00 PM |
| DDP (Clark) - OJT - 11053466 | 11053466 | Complete | 10/13/2021 10:30:00 AM |
| Department Operations Manual (DOM) - OJT - 11054132 | 11054132 | Complete | 01/23/2020 9 00:00 AM |
| Diversity In the Workplace 2021 - Online - OJT - 11059475 | 11059475 | Complete | 12/28/2021 1 57:25 PM |
| DME/HCA - OJT - 11054177 | 11054177 | Complete | 02/23/2022 10:30:00 AM |
| DO NOT USE Inmate/Staff Interaction 2020 - ILC - IST - 11053211 | 11053211 | Complete | 01/15/2020 3 00:00 PM |
| Documentation and Placement of Confidential Information and Approval Process for Deviation - Online - OJT - 11063033 | 11063033 | Complete | 01/19/2022 10:18:57 AM |
| DOM 51020.11 Immediate Use of Force - COR - OJT - 11054132 | 11054132 | Complete | 06/30/2020 11:30:00 AM |
| Drug Identification and Control 2021 - Online - OJT - 11053469 | 11053469 | Complete | 05/09/2021 9:30:10 AM |
| Durable Medical Equipment 2020 - ILC - IST - 11053049 | 11053049 | Complete | 01/29/2020 8:30:00 AM |
| Durable Medical Equipment 2021 - Online - OJT - 11053049 | 11053049 | Complete | 12/31/2021 8:27:53 AM |
| EEO Sexual Harassment Prevention - Online - OJT - 11056000 | 11056000 | Complete | 10/05/2019 6:36:53 PM |

# Training Record for Juan Villalobos-Caballero -  September 19 2022

## Details

| **Name** | Villalobos-Caballero - ▮▮▮▮ , Juan |
|---|---|
| **Email** | JUAN.CABALLERO@CDCR.CA.GOV |

## Certificates

| Course Title | Valid From | Expires |
|---|---|---|
| Armstrong: Mod 1 Overview - 11053050 | 4/17/2019, 2:00:00 PM | |
| Basic Supervision for Sergeant's (Week 1) | 5/20/2022, 4:00:00 PM | |
| EEO Sexual Harassment Prevention 2022 - ILC - IST - 11056000 | 4/5/2022, 4:00:00 PM | 4/5/2024, 4:00:00 PM |
| EEO Sexual Harassment Prevention Non-Supervisory Curriculum | 7/30/2019, 12:00:00 AM | 7/30/2021, 12:00:00 AM |
| Firearms Annual 2020 - Glock - ILC - IST - 11053894 | 4/29/2020, 11:00:00 AM | 4/29/2021, 11:00:00 AM |
| Firearms Annual 2020 - Impact Munitions - ILC - IST - 11053893 | 4/29/2020, 7:00:00 AM | 4/29/2021, 7:00:00 AM |
| Firearms Annual 2020 - Impact Munitions - ILC - IST - 11053893 | 4/29/2020, 7:00:00 AM | 4/29/2021, 7:00:00 AM |
| Firearms Annual 2020 - Impact Munitions - ILC - IST - 11053893 | 4/29/2020, 7:00:00 AM | 4/29/2021, 7:00:00 AM |

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                                                         **AGO 1298**

# Training Record for Joel Ramirez - ▮▮▮  September 19 2022

## Details

| **Name** | Ramirez - ▮▮▮, Joel |
|---|---|
| **Email** | JOEL.RAMIREZ@CDCR.CA.GOV |

## Certificates

| Course Title | Valid From | Expires |
|---|---|---|
| 2018 Annual Mandatory IST - Custody - Correctional Officer, Sergeant, Lieutenant | 5/14/2019, 9:36:00 PM | |
| EEO Sexual Harassment Prevention 2022 - ILC - IST - 11056000 | 4/19/2022, 4:00:00 PM | 4/19/2024, 4:00:00 PM |
| EEO Sexual Harassment Prevention 2022 - ILC - IST - 11056000 | 1/26/2022, 8:00:00 AM | 1/26/2024, 8:00:00 AM |
| EEO Sexual Harassment Prevention Non-Supervisory Curriculum | 5/14/2018, 12:00:00 AM | 5/14/2020, 12:00:00 AM |
| Effective Communication - CAMU - Online - OJT - 11053048 | 1/25/2022, 10:50:00 AM | 1/2/2023, 12:00:00 AM |
| Firearms Annual 2022 - Glock - ILC - IST - 11053894 | 4/18/2022, 11:00:00 AM | 4/18/2023, 11:00:00 AM |

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                                                                                          AGO 1343

## Training Record for Janthony R Aboytes    September 28 2022

### Details

| Name | Aboytes, Janthony R |
|---|---|
| Email | JANTHONY.ABOYTES@CDCR.CA.GOV |

### Certificates

| Course Title | Valid From | Expires |
|---|---|---|
| 2019 Annual Mandatory OJT - Custody - Correctional Officer, Correctional Counselor I and II Specialist and Fire Captain | 12/19/2019, 10:22:00 AM | |
| Armstrong: Mod 1 Overview - 11053050 | 3/6/2019, 2:00:00 PM | |
| EEO Sexual Harassment Prevention Non-Supervisory Curriculum | 10/4/2019, 12:00:00 AM | 10/4/2021, 12:00:00 AM |
| Firearms Annual 2020 - Impact Munitions - ILC - IST - 11053893 | 12/4/2020, 8:00:00 AM | 12/4/2021, 8:00:00 AM |
| Firearms Annual 2020 - Mini 14 - ILC - IST - 11053892 | 12/4/2020, 7:00:00 AM | 12/4/2021, 7:00:00 AM |
| Information Security Awareness 2019 - Paper Quiz or OJT Booklet - 11053487 | 12/11/2019, 12:30:00 PM | 12/11/2020, 12:30:00 PM |
| Information Security Awareness 2020 - Online - OJT - 11053487 | 12/30/2020, 8:18:00 PM | 12/30/2021, 8:18:00 PM |

# Training Record for Francisco Vasquez - ▮▮▮▮ September 19 2022

## Details

| Name | Vasquez - ▮▮▮▮, Francisco |
|---|---|
| Email | FRANCISCO.VASQUEZ1@CDCR.CA.GOV |

## Certificates

| Course Title | Valid From | Expires |
|---|---|---|
| Armstrong: Mod 1 Overview   11053050 | 5/1/2019, 2:00:00 PM | |
| Armstrong: Mod 1 Overview - 11053050 | 5/1/2019, 2:00:00 PM | |
| EEO Sexual Harassment Prevention 2022 - ILC - IST - 11056000 | 4/12/2022, 4:00:00 PM | 4/12/2024, 4:00:00 PM |
| EEO Sexual Harassment Prevention Non-Supervisory Curriculum | 8/17/2021, 12:37:00 PM | 8/17/2023, 12:37:00 PM |
| EEO Sexual Harassment Prevention Non-Supervisory Curriculum | 9/17/2019, 12:00:00 AM | 9/17/2021, 12:00:00 AM |
| Firearms Annual 2019 - Glock - IST - 11053894 | 5/2/2019, 10:00:00 AM | 5/2/2020, 10:00:00 AM |
| Firearms Annual 2019 - Impact Munitions - 11053893 | 5/2/2019, 7:00:00 AM | 5/2/2020, 7:00:00 AM |

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **AGO 1456**

# Training Record for Miguel A Gudino - ▮▮▮▮  September 19 2022

## Details

| Name  | Gudino - ▮▮▮▮ Miguel A |
|---|---|
| Email | Miguel.Gudino@cdcr.ca.gov |

## Certificates

| Course Title | Valid From | Expires |
|---|---|---|
| 2018 Annual Mandatory IST - Custody - Correctional Officer, Sergeant, Lieutenant | 5/14/2019, 9:37:00 PM | |
| Armstrong: Mod 1 Overview - 11053050 | 8/13/2019, 2:00:00 PM | |
| EEO Sexual Harassment Prevention Non-Supervisory Curriculum | 8/13/2019, 12:00:00 AM | 8/13/2021, 12:00:00 AM |
| Firearms Annual 2019 - Glock - IST - 11053894 | 8/15/2019, 10:00:00 AM | 8/15/2020, 10:00:00 AM |

**EXHIBIT 32**

State of California - California Department of Corrections and Rehabilitation

**OFFICE OF INTERNAL AFFAIRS**
Office of Internal Affairs - Headquarters
10111 Old Placerville Road
Suite 200
Sacramento, CA 95827



# N-SVSP-576-17-R

Salinas Valley State Prison

| Investigative Unit: Office of Internal Affairs - Northern Region | Priority: Normal | Status: Rejected | Current Case Owner: Unknown |
|---|---|---|---|

| Authority: | **Hiring Authority** | | |
|---|---|---|---|
| Requested By: | **W.L. Muniz, Warden** | | |

| Statute of Limitation Date: 07/24/2018 | 989 Request Date: 08/04/2017 | Manager Approval Date: |
|---|---|---|

| Misconduct Date: 02/28/2017 | Discovery Date: 07/25/2017 | Case to Supervisor Date: Supervisor Approval Date: |
|---|---|---|

| Discoverer: **Jones, Eric** | EAPT Designated: **No** BIR Monitored: **No** |
|---|---|

**INCIDENT SUMMARY**

Aboytes, Janthony / Ramirez, Joel / Villalobos-Caballero, Juan

REQUEST FOR DIRECT ADVERSE ACTION / Subject Only Interview

On July 25, 2017, a fact finding inquiry was concluded by myself and determined that the statements of Correctional Officer Joel RAMIREZ, Correctional Officer Janthony ABOYTES, and Correctional Officer Juan VILLALOBOS-CABALLERO needed clarification as it appears that their actions may have caused incident # SVSP-FAG-17-02-0140. Due to this, SUBJECT ONLY INTERVIEWS are requested to make a determination about the incident.

---

Subject Name: **Janthony Aboytes, Correctional Officer**
Classification: Correctional Officer
Hire Date: 03/10/2008
Birth Date: ▇▇▇▇▇▇

Home Address:
▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇

Work Address:
Salinas Valley State Prison
31625 Highway 101
Soledad, CA 93960-1020

**DISCOURTEOUS TREATMENT**
**Discourtesy toward inmates, other employees, or the public (Admin)**

Misconduct Date: 02/28/2017           Discovery Date: 07/25/2017
Misconduct Location:
Allegation Entered By:

**Allegation:**

---

CONFIDENTIALITY NOTICE: This document with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited. If you are not the intended recipient, please destroy all copies of the document.

It is alleged on or about February 28, 2017, Correctional Officer Janthony ABOYTES provoked Inmate Whitall, G43090, resulting in Whitall lashing out with his cane at custody staff.

**Statement of Facts:**

---

| | |
|---|---|
| Subject Name: | **Joel Ramirez, Correctional Officer** |
| Classification: | Correctional Officer |
| Hire Date: 11/08/2001 | Birth Date: |
| Home Address: | Work Address: |
| | Salinas Valley State Prison<br>31625 Highway 101<br>Soledad, CA 93960-1020 |

<u>DISCOURTEOUS TREATMENT</u>
**Discourtesy toward inmates, other employees, or the public (Admin)**

Misconduct Date:   02/28/2017          Discovery Date:   07/25/2017
Misconduct Location:
Allegation Entered By:

**Allegation:**
It is alleged on or about February 28, 2017, Correctional Officer Joel RAMIREZ provoked Inmate Whitall, G43090, resulting in Whitall lashing out with his cane at custody staff.

**Statement of Facts:**

---

| | |
|---|---|
| Subject Name: | **Juan Villalobos-Caballero, Correctional Officer** |
| Classification: | Correctional Officer |
| Hire Date: 08/10/2010 | Birth Date: |
| Home Address: | Work Address: |
| | Salinas Valley State Prison<br>31625 Highway 101<br>Soledad, CA 93960-1020 |

<u>DISCOURTEOUS TREATMENT</u>
**Discourtesy toward inmates, other employees, or the public (Admin)**

Misconduct Date:   02/28/2017          Discovery Date:   07/25/2017
Misconduct Location:
Allegation Entered By:

**Allegation:**
It is alleged on or about February 28, 2017, Correctional Officer Juan VILLALOBOS-CABALLERO provoked Inmate Whitall, G43090, resulting in Whitall lashing out with his cane at custody staff.

**Statement of Facts:**

CONFIDENTIALITY NOTICE: This document with its contents may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited.  If you are not the intended recipient, please destroy all copies of the document.

| **CASE ACTIVITY** | **Total Hours: 16.50** |
|---|---|

| 8/4/2017   9:48:24AM | 15.00min. | Entered by: Singh, Sheila |
|---|---|---|

Created case number
Sheila Singh created case number N-SVSP-576-17-P

| 8/4/2017   9:48:24AM | 15.00min. | Entered by: Singh, Sheila |
|---|---|---|

Initiate investigation request import process
Sheila Singh initiated the request import process.  The procedure will import pertinent information from an electronic version of a Confidential Request for Internal Affairs Investigation (CDCR Form 989).

| 8/4/2017   9:48:24AM | 15.00min. | Entered by: Singh, Sheila |
|---|---|---|

Added complainant
Sheila Singh added Eric Jones (Correctional Lieutenant) as a complainant

| 8/4/2017   9:48:24AM | 15.00min. | Entered by: Singh, Sheila |
|---|---|---|

Added subject
Sheila Singh added Janthony Aboytes (Correctional Officer) as a subject

| 8/4/2017   9:48:24AM | 15.00min. | Entered by: Singh, Sheila |
|---|---|---|

Added subject
Sheila Singh added Joel Ramirez (Correctional Officer) as a subject

| 8/4/2017   9:48:24AM | 15.00min. | Entered by: Singh, Sheila |
|---|---|---|

Added subject
Sheila Singh added Juan Villalobos-Caballero (Correctional Officer) as a subject

| 8/4/2017   9:48:24AM | 15.00min. | Entered by: Singh, Sheila |
|---|---|---|

Imported case information
Sheila Singh initiated the successful import of several case dates, subjects, and complainants.

| 8/4/2017   9:48:24AM | 15.00min. | Entered by: Singh, Sheila |
|---|---|---|

Attached request for investigation
Sheila Singh attached request for investigation to case number N-SVSP-576-17-P

| 8/4/2017   9:48:24AM | 15.00min. | Entered by: Singh, Sheila |
|---|---|---|

Completed investigation request import process
A request of investigation was successfully imported into case number  N-SVSP-576-17-P

| 8/4/2017   9:49:01AM | 15.00min. | Entered by: Singh, Sheila |
|---|---|---|

Sent case file
Sheila Singh sent the case file to OIA-Central Intake. Comments: Sent case file to SAC for review and assignment

| 8/4/2017   9:49:58AM | 15.00min. | Entered by: Singh, Sheila |
|---|---|---|

Modified received request for investigation date
Sheila Singh changed the received request for investigation date from Aug  4 2017  9:47AM to Aug  3 2017  9:47AM

| 8/4/2017   9:50:11AM | 15.00min. | Entered by: Singh, Sheila |
|---|---|---|

Received document from requestor/hiring authority
received 3 dvd's  submitted with this 989 package
  (Occurred on Aug  4 2017  9:50AM)

CONFIDENTIALITY NOTICE: This document with its contents may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited.  If you are not the intended recipient, please destroy all copies of the document.

| | | |
|---|---|---|
| 8/4/2017  4:48:11PM | 15.00min. | Entered by: Colvin, Bryan |

Modified Central Intake agent assignment date
Bryan Colvin changed the Central Intake agent assignment date from Jan  1 1900 12:00AM to Aug  4 2017  4:48PM

| | | |
|---|---|---|
| 8/7/2017  10:44:25AM | 30.00min. | Entered by: Blanco, Tom |

Contacted institution
I contacted Lieutenant Jones (ISU) and queried as to specific alleged misconduct on the part C/Os' ABOYTES, RAMEREZ and VILLALBOS.  Jones explained during the review process (Incident Commander's Review, Manager's First and Second Level Review) it was determined staff's action prior, during and following the use of force were in compliance with the Use of Force policy, procedure and training. However upon reviewing the "totality" of the incident, it is unclear why inmate Whitall suddenly attacked the officers with his cane and "may" have been provoked by the subjects. Additionally, Jones noted it is unclear as to why Whitall was being escorted back to his housing unit without his pants and/or shoes.

  (Occurred on Aug  7 2017 10:47AM)

| | | |
|---|---|---|
| 8/15/2017  12:55:54PM | 30.00min. | Entered by: Blanco, Tom |

Added allegation
Tom Blanco added allegation for Janthony Aboytes (Correctional Officer). Allegation: Discourteous Treatment - Discourtesy toward inmates, other employees, or the public

| | | |
|---|---|---|
| 8/15/2017  12:56:58PM | 30.00min. | Entered by: Blanco, Tom |

Added allegation
Tom Blanco added allegation for Joel Ramirez (Correctional Officer). Allegation: Discourteous Treatment - Discourtesy toward inmates, other employees, or the public

| | | |
|---|---|---|
| 8/15/2017  12:57:55PM | 30.00min. | Entered by: Blanco, Tom |

Added allegation
Tom Blanco added allegation for Juan Villalobos-Caballero (Correctional Officer). Allegation: Discourteous Treatment - Discourtesy toward inmates, other employees, or the public

| | | |
|---|---|---|
| 8/15/2017  12:58:19PM | 360.00min. | Entered by: Blanco, Tom |

Case analysis (presentation)*

TYPE OF REQUEST:
Direct Adverse Action with Subject Only Interview

TRACKING APPLIED:
Coleman

CLASS ACTION PARTICIPANT(S):
Inmate Whitall, G43090, is a participant in the Mental Health Delivery System at the EOP level of care.

DATES OF INCIDENT AND DATE OF DISCOVERY:
The event date was evaluated and confirmed as February 28, 2017

The date of discovery was evaluated and confirmed as July 25, 2017

SYNOPSIS OF THE INCIDENT:
On February 28, 2017, upon being released from the Facility A Gym holding cell, Inmate Whitall began striking Correctional Officer RAMIREZ with his cane. C/Os RAMIREZ, ABOYTES and VILLALBOS-CABALLERO utilized force to subdue Whitall.

During the initial review process (Incident Commander's Review/Critique, Manager's Review- First Level and Manager's Review - Second Level) it was determined staff's actions prior, during and following the use of force were in compliance with the Use of Force policy, procedure and training. However, the Institutional Executive Review Committee (IERC) requested further investigation in the form of a Fact

CONFIDENTIALITY NOTICE: This document with its contents may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited.  If you are not the intended recipient, please destroy all copies of the document.

Finding Inquiry.

Lieutenant Jones, Investigative Services Unit (ISU) completed a Fact Finding and noted "It is evident that Whitall was in some state of undress and it is unclear why he would leave the gym without his clothes/shoes.  It is believed that some event occurred that may have led to Inmate Whitall lashing out with his cane and going into the disassociate episode described by the doctor."

RELEVANT DOCUMENTS AND EVIDENCE SUPPORTING OR REFUTING THE ALLEGATIONS:
1. CDCR 837-C (SVSP-FAG-17-02-1040) dated February 28, 2017, authored by
C/O Joel RAMIREZ, noting on February 28, 2017, at approximately 0839 hours, Sergeant Gutierrez instructed him to release Inmate Whitall from the holding cell located in the Facility A Gym.  RAMIREZ notes upon releasing Whitall from the holding cell, he (Whitall) proceeded to walk towards the gym door utilizing his cane.

RAMIREZ notes Whitall suddenly stepped towards his direction and began swinging his cane in an overhead motion, striking him on his right hand and left shoulder as he attempted to protect his facial area.  RAMIREZ notes C/O ABOYTES grabbed Whitall's left arm as he took control of Whitall's right arm and attempted to effect custody.  RAMIREZ notes while attempting to place Whitall against the wall, Whitall's head hit the wall.  RAMIREZ notes he instructed Whitall to stop resisting; however, Whitall refused and continued to swing his cane and attempted to break free. RAMIREZ notes he and ABOYTES subsequently forced Whitall to the ground.  RAMIREZ notes he announced a Code-1, Battery on Staff and responding staff assisted in securing Whitall in restraints.

2. CDCR 837-C (SVSP-FAG-17-02-1040) dated February 28, 2017, authored by
C/O Janthony ABOYTES, noting on February 28, 2017, at approximately 0839 hours, he and C/O RAMIREZ were instructed by Sergeant Gutierrez to release Inmate Whitall from the holding cell and return him to his housing unit. ABOYTES notes as Whitall was walking towards the gym door, he stopped and began swinging his cane, and struck RAMIREZ on his right hand and left shoulder.

ABOYTES notes RAMIREZ grabbed Whitall's right arm as he grabbed Whitall's left arm and forced him to the wall. ABOYTES notes in the process of forcing Whitall to the wall, Whitall hit his head.  ABOYTES notes Whitall continued to swing his cane with his right arm, attempting to strike RAMIREZ. ABOYTES notes in an attempt to gain compliance and further prevent Whitall from injuring staff, he shifted Whitall's weight to the right towards RAMIREZ, and forced Whitall to the ground. ABOYTES notes in the process of forcing Whitall to the ground, Whitall's head hit the ground due to his head and body weight being forward.

ABOYTES notes Whitall continued to resist and refused to submit to restraints.  ABOYTES notes he and RAMIREZ subsequently secured Whitall in handcuffs and responding staff assisted in securing Whitall in leg restraints.

3. CDCR 837-C (SVSP-FAG-17-02-1040) dated February 28, 2017, authored
C/O Juan CABALLERO, noting on February 28, 2017, at approximately 0839 hours, he observed C/O ABOYTES release Whitall from the Facility A holding cell. CABALLERO notes as Whitall was exiting the holding cell, he began striking
C/O RAMIREZ with his ADA cane. CABALLERO notes ABOYTES and RAMIREZ quickly responded and pinned Whitall against the wall.  CABALLERO notes Whitall continued to resist by moving from side to side, and attempted to strike both officers with his cane.

CABALLERO notes ABOYTES and RAMIREZ utilized their body weight and forced Whitall to the ground; however, Whitall continued to resist by kicking his feet. CABALERO notes he took control of Whitall's legs and responding staff supplied him with a set of leg irons, at which time he secured both of Whitall's legs in leg restraints.

4. CDCR 837-C (SVSP-FAG-17-02-1040) dated February 28, 2017, authored by Sergeant Sergio Gutierrez, noting on February 28, 2017, he responded to a Code 1, Battery on Staff.  Gutierrez notes upon entering the gym he observed C/Os RAMIREZ, ABOYTES and CABALLERO restraining Inmate Whitall.  Gutierrez notes he instructed Vasquez to retrieve a set of leg irons and secure Whitall in leg restraints to prevent him from kicking staff.  Gutierrez notes Vasquez returned with the leg irons and handed them to CABALLERO, who secured Whitall in restraints without further incident.

CONFIDENTIALITY NOTICE: This document with its contents may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited.  If you are not the intended recipient, please destroy all copies of the document.

5. Medical Report of Injury or Unusual Occurrence dated completed on
February 28, 2017, at 0840 hours, noting Whitall had the following injuries: bruises/discolored area, cut/laceration, reddened area and swollen are to right temple area; bruise/discolored area, reddened area and swollen area above right eye and bruise/discolored area above left eye.

6. Medical Report of Injury or Unusual Occurrence dated completed on February 28, 2017, at 0844 hours, noting C/O RAMIREZ had the following injuries: pain and reddened area to his right hand.

7. Incident Commander's Review/Critique use of Force Incident completed by
Lieutenant Celeya on February 28, 2017, noting staff's actions prior, during and following the use of force were compliance with the Use of Force policy, procedure and training.

8. Manger's Review - First Level Use of Force Incident completed by Captain Hughes on March 8, 2017, noting staff's actions prior, during and following the use of force were compliance with the Use of Force policy, procedure and training.

9. Manager's Review - Second Level Use of Force Use of Force completed by Correctional Administrator Gamboa, noting, "Upon review of the Incident Commander's Critique and the accompanying CDC-837 reports, I have determined that staff's actions and decision to use force in this incident were appropriate and in accordance with Department's Use of Force Policy."

10. Institutional Executive Review Committee Critique and Qualitative Evaluation dated March 22, 2017, noting staff's actions following the use of force were not in compliance with Use of Force policy, procedures.  In the comment section it states, "Reports should have been reviewed more accurately."

11. CDCR 602, Inmate Appeal SVSP-LAC-050101 dated March 16, 2017 (received May 25, 2017) authored by Whitall, alleging he was battered by one to four correctional officers while inside the gym and claims C/O RAMIREZ was one of the assailants.

12. CDCR 3014, Report if Finding - Inmate Interview noting on May 25, 2017, Lt. Melendrez conducted a videotaped interview with Whitall.  During the interview Whitall said he was escorted to the gym, where he was placed in a holding cell. Whitall said upon being released from the holding cell he became dizzy and fell to the ground while getting dressed. Whitall said while on the ground custody punched and kicked him on the right side of his face.

13.  Memorandum dated July 21, 2017, authored by Lt. Jones, noting on July 19, 2017, the ISU received a request for a fact finding inquiry in regards to a use of force incident involving inmate Whitall.

Jones notes Dr. Brooks conducted a RVR Mental Health Assessment on Whitall prior to his RVR hearing and stated, "In my opinion there is evidence that mental illness contributed to the behavior that led to the RVR. Patient likely was having a dissociative experience when moving from the holding cell; which impaired his ability to attend the reality of the situation at that time.  Patient diagnosed with Vertigo and being treated for PTSD.  Patient appears to have had an episode of vertigo while getting dressed, then misattributed officer interaction and had a dissociative flashback. Patient has no recollection of ever having his cane, let alone striking the officers."

On July 24, 2017, Jones notes he conducted an interview with Whitall to gain clarity as to why Whitall was placed into the holding cell and to gain clarity on the incident itself.  Whitall said while in the dining hall he advised Officer Valles that he lost his finger brace and was subsequently escorted to a holding cell in the gym.  Whitall said while in the holding cell he was directed to submit to an unclothed body search, to which he complied.   Whitall said he became agitated and began to throw his clothes in the direction of Officer Vasquez.  Whitall said Vasquez began questioning him as to why he needed medical attention.  Whitall said he refused to answer and requested to speak with a Sergeant.  Whitall said a Hispanic Sergeant (unknown) responded and began to lecture him about sick call.

Whitall said the Sergeant subsequently exited the area and approximately 30-40 minutes later three custody staff members (unknown) arrived and released him from the holding cell. Whitall said upon putting his shirts, vest, socks and one shoe on, his vertigo became very bad and fell to the ground. Whitall said while on the ground an unknown staff member told him to "Get up, you didn't hit your head

CONFIDENTIALITY NOTICE: This document with its contents may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited.  If you are not the intended recipient, please destroy all copies of the document.

and I'm going to come back here in two minutes and if you are not up, I am going to call for a staff assault." Whitall said almost simultaneously, someone punched him and kneed him while yelling stop resisting. Whitall said he believes the Sergeant committed the assault upon him. Whitall said upon being secured in restraints someone removed his pants, socks, shirts and vest and then placed him in a wheel chair.

Investigator's Note: photos taken immediately following the incident depict Whitall seated in a wheelchair in restraints (waist chains and leg restraints) wearing his boxer style shorts, a white shirt, blue chambray shirt and his ADA vest.

Jones notes upon review of the documents, video, and interviews Whitall changed his story multiple times and was "very inconsistent about the time lines and the staff involved. Jones notes Dr. Brooks determined that Whitall's mental health status and condition was a factor in the incident and Whitall acted out due to his PTSD and other factors. Jones notes the pictures show the rubber cap of Whitall's cane is next to the area where the incident occurred, which appears to be consistent with a struggle involving Whitall's cane.

Jones additionally stated, "However, the statement that Ramirez and Aboytes make in their reports regarding Whitall exiting the holding cell and walking towards the gym door are unclear. It is evident that Whitall was in some state of undress and it is unclear why he would leave the gym without his clothes/shoes. It is believed that some event occurred that may have led to Inmate Whitall lashing out with his cane and going into the disassociate episode described by the doctor. It is recommended that this be forwarded for Subject Only Interviews of Ramirez, Aboytes, and Caballero to gain clarity of this portion of the incident."

CONCLUSION:
Based on the documents received and reviewed, it is my analysis that it is speculation at best to imply Whitall was provoked resulting in him lashing out with his cane. There is no evidence or corroborating information and/or witnesses to substantiate allegations of staff misconduct.

RECOMMENDATION:
Reject
  (Occurred on Aug 15 2017 12:58PM)

---

8/15/2017   5:42:22PM            15.00min.                 Entered by: McFadyen, John
Central Intake processing route
N-SVSP-576-17-P was placed on the consent calendar

---

8/15/2017   5:42:22PM            60.00min.                 Entered by: McFadyen, John
Central Intake Panel decision
Central Intake Senior Special Agent Recommends to return the case to Salinas Valley State Prison as no-misconduct. Comments: I agree with the agent's Rx to reject this case because there does not appear to be reasonable belief of misconduct.

---

8/15/2017   5:42:26PM            60.00min.                 Entered by: McFadyen, John
Central Intake supervisor case approval
Senior Special Agent approved all work on this case

---

8/15/2017   5:42:27PM            30.00min.                 Entered by: McFadyen, John
Central Intake decision letter (reviewed)
Central Intake decision letter was reviewed

---

8/21/2017   1:40:36PM            15.00min.                 Entered by: Carroll, Amber
Added document
Amber Carroll added document CIU N-SVSP-576-17-R.pdf. Document description: Uploaded CIU case file into CMS and reviewed

CONFIDENTIALITY NOTICE: This document with its contents may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited.  If you are not the intended recipient, please destroy all copies of the document.

**N-SVSP-576-17-R**  Salinas Valley State Prison

| | | |
|---|---|---|
| 8/21/2017  1:41:33PM | 15.00min. | Entered by: Carroll, Amber |

Clerical support (other)

> Redacted, Attorney-Client Privilege

Uploaded CIU case file into CMS; 3 DVD's were NOT uploaded in CMS; being held in CI file room.
Case went through the CIP process on 08/23/17.
Review CMS under Documents for final CIP decision letter  (Occurred on Aug 23 2017  4:30PM)

| | | |
|---|---|---|
| 8/23/2017  4:31:05PM | 15.00min. | Entered by: Carroll, Amber |

Sent case file
Amber Carroll sent the case file to OIA-Central Intake. Comments: Uploaded CIU case file into CMS; 3 DVD's were NOT uploaded in CMS; being held in CI file room.

| | | |
|---|---|---|
| 8/23/2017  4:31:19PM | 15.00min. | Entered by: Carroll, Amber |

Completed Central Intake Unit processing
Central Intake Unit completed processing case

| | | |
|---|---|---|
| 8/23/2017  4:31:19PM | 30.00min. | Entered by: Carroll, Amber |

Closed case
Amber Carroll closed the case on Aug 23 2017  4:31PM

CONFIDENTIALITY NOTICE: This document with its contents may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited.  If you are not the intended recipient, please destroy all copies of the document.

# CERTIFICATE OF SERVICE

Case Name:   <u>**Whitall v. Gutierrez, et al.**</u>          No.   <u>**3:18-cv-01376-CRB**</u>

I hereby certify that on <u>July 5, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF FILING EXHIBITS 29 AND 32
IN THE PUBLIC RECORD**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 5, 2023</u>, at San Francisco, California.

|  |  |
|---|---|
| <u>R. Caoile</u> | <u>*/s/ R. Caoile*</u> |
| Declarant | Signature |

SF2018401287
43782270.docx